IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOHN MARTIN                                                                                          PLAINTIFF

VS.                                        CASE NO. 10-CV-1060

LIFESHARE BLOOD CENTERS and
BCx GROUP                                                                                         DEFENDANTS

## ORDER

  Before the Court is a Joint Motion to Dismiss. (ECF. No. 24). The parties ask the Court to dismiss the lawsuit. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, all claims against Defendants are hereby **DISMISSED** with prejudice.

  IT IS SO ORDERED, this 24th day of August, 2011.

                       /s/ Harry F. Barnes
                      Hon. Harry F. Barnes
                      United States District Judge